# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 17, 2014

## NO. 03-14-00126-CV

**Soorena Sharifi, Appellant**

**v.**

**Sonia Danielle Sharifi, Appellee**

## APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## VACATED AND REMANDED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on January 21, 2014. The parties have filed a joint motion requesting that we reverse the district court's judgment and remand the cause for entry of judgment in accordance with their Mediated Settlement Agreement. Having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the parties' motion, sets aside the district court's judgment without regard to the merits, and remands the case to the district court for rendition of judgment in accordance with the parties' agreement. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.